IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

APRIL MICHELLE MOORE,

      Appellant,

v.

ROY DANIEL MORGAN,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-492

Opinion filed July 8, 2015.

An appeal from the Circuit Court for Baker County.
Phyllis M. Rosier, Judge.

Summer N. Boyd, Jacksonville, for Appellant.

John S. Cooper of Law Offices of Cooper & Loper, Starke, for Appellee.

KELSEY, J.

We affirm the order on appeal, without prejudice to either party's pursuit of modification before the trial court pursuant to section 61.13(3), Florida Statutes (2014), to address any substantial change of circumstances that may have occurred subsequent to the September 2014 hearing and January 2, 2015 order. *See Wade v.*

*Hirschman,* 903 So. 2d 928, 932-33 (Fla. 2005) (articulating substantial change test for child custody modifications); *Skirko v. Skirko*, 677 So. 2d 885, 887 (Fla. 3d DCA 1996) (modification was warranted where substantial change of circumstances had occurred, including child's school schedule and parents' places of residence and work hours; and child's best interests were served by modification).

THOMAS and MARSTILLER, JJ., CONCUR.